```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 49002
   DWAYNE EDDIE BELCHER
   SUSAN M BELCHER                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2102     SSN XXX-XX-5550

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 12/03/2003 and was confirmed 04/07/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 01/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00         .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    27771.51          .00       27771.51
LUTHERAN GENERAL HOSPITA  UNSEC W/INTER  NOT FILED           .00            .00
ADVOCATE CHRIST HOSPITAL  NOTICE ONLY    NOT FILED           .00            .00
AMERITECH OF ILLINOIS     UNSEC W/INTER  NOT FILED           .00            .00
CAPITAL ONE BANK          UNSEC W/INTER      884.74       138.50         884.74
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED           .00            .00
DONALD FAGERSON MD SC     UNSEC W/INTER  NOT FILED           .00            .00
EVANSTON NORTHWESTERN     UNSEC W/INTER  NOT FILED           .00            .00
HOME DEPOT                UNSEC W/INTER  NOT FILED           .00            .00
MERRICK BANK              UNSEC W/INTER  NOT FILED           .00            .00
NICOR GAS                 UNSEC W/INTER      632.14        99.05         632.14
SAMS CLUB                 UNSEC W/INTER  NOT FILED           .00            .00
SAMS CLUB                 NOTICE ONLY    NOT FILED           .00            .00
SEARS ROEBUCK & CO        UNSEC W/INTER  NOT FILED           .00            .00
SOUTHWEST CREDIT SYSTEM   UNSEC W/INTER  NOT FILED           .00            .00
SOUTHWEST CREDIT SYSTEMS  NOTICE ONLY    NOT FILED           .00            .00
ROBIN C REIZNER           DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                      1,696.91
DEBTOR REFUND             REFUND                                         427.15

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             31,650.00

PRIORITY                                        .00
SECURED                                   27,771.51
UNSECURED                                  1,516.88
   INTEREST                                  237.55
ADMINISTRATIVE                                  .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 03 B 49002 DWAYNE EDDIE BELCHER & SUSAN M BELCHER
```

```
TRUSTEE COMPENSATION                                        1,696.91
DEBTOR REFUND                                                 427.15
                                   ---------------    ---------------
TOTALS                                   31,650.00          31,650.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 04/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```